**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-03132-CMA-MJW

JOEL CHERDACK,

     Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Corporation,

     Defendant.

---

**ORDER DISMISSING PARTY DEFENDANT WITH PREJUDICE**

---

     Plaintiff's Motion To Dismiss Defendant John Doe(s) With Prejudice (Doc. # 11)

is GRANTED.  It is hereby

     ORDERED that Defendant John Doe(s) is DISMISSED WITH PREJUDICE.

     DATED:  April __13__, 2011

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge