IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-03132-CMA-MJW

JOEL CHERDACK,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation for Dismissal With Prejudice (Doc. # 24), signed by the attorneys for the parties hereto, it is

ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs incurred in connection with this action.

DATED: September __14__, 2011

                                                    BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Court Judge